**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC.,     ) | |
| 425 Third Street SW, Suite 800     ) | |
| Washington, DC 20024,     ) | |
|     ) | |
| *Plaintiff,*     ) | |
|     ) | Civil Action No. |
| v.     ) | |
|     ) | |
| CENTRAL INTELLIGENCE AGENCY,     ) | |
| Office of General Counsel     ) | |
| Washington, DC 20505,     ) | |
|     ) | |
| *Defendant.*     ) | |

## COMPLAINT

Plaintiff Judicial Watch, Inc. brings this action against Defendant Central Intelligence Agency to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552.  As grounds therefor, Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

## PARTIES

3.       Plaintiff Judicial Watch, Inc. is a not-for-profit, educational organization incorporated under the laws of the District of Columbia and headquartered at 425 Third Street SW, Suite 800, Washington, DC 20024.  Plaintiff seeks to promote transparency, accountability, and integrity in government and fidelity to the rule of law.  As part of its mission, Plaintiff regularly requests records from federal agencies pursuant to FOIA.  Plaintiff analyzes the

responses and disseminates its findings and the requested records to the American public to

inform them about "what their government is up to."

4.     Defendant Central Intelligence Agency ("Defendant") is an agency of the United

States government headquartered in Langley, Virginia.  Defendant has possession, custody, and

control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5.     On September 8, 2025, Plaintiff submitted a FOIA request to Defendant, seeking

access to the following:

> All records regarding or referencing Ms. Ruth Hyde Paine (née
> Ruth Avery Hyde), a deceased individual. Ms. Paine was born on
> September 3, 1932 in New York, NY, and died on or about August
> 31, 2025 in Santa Rosa, CA. For purposes of clarification, Ms.
> Paine was an associate of Marina and Lee Havey Oswald and
> testified before the Warren Commission in March 1964.

As proof of Ms. Paine's death, the request provided a link to Ms. Paine's *New York Times*

obituary: https://www.nytimes.com/2025/09/07/us/ruth-paine-dead.html.

6.     Defendant's online FOIA portal at CIA.gov indicated that Plaintiff's request was

received on the day it was submitted, but Plaintiff has received no acknowledgment letter or

FOIA tracking number and has received no further communication from Defendant.  In

Plaintiff's experience submitting FOIA requests to the CIA, the lack of even an acknowledgment

of a receipt of a request is typical for the agency, and, on information and belief, the CIA

received the request the same day it was submitted.

7.     As of the date of this Complaint, Defendant has failed to (i) produce the requested

records or demonstrate that the requested records are lawfully exempt from production; (ii)

notify Plaintiff of the scope of any responsive records it intends to produce or withhold and the

reasons for any withholdings; or (iii) inform Plaintiff that it may appeal any adequately specific, adverse determination.

**COUNT I**
**(Violation of FOIA, 5 U.S.C. § 552)**

8.     Plaintiff realleges paragraphs 1 through 7 as if fully stated herein.

9.     Defendant is in violation of FOIA.

10.    Plaintiff is being irreparably harmed by Defendant's violation of FOIA, and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to comply with it.

11.    To trigger FOIA's administrative exhaustion requirement, Defendant was required to make a final determination on Plaintiff's request by November 18, 2025, at the latest. Because Defendant failed to make a final determination on Plaintiff's FOIA request within the time limits set by FOIA, Plaintiff is deemed to have exhausted its administrative appeal remedies.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendant to conduct searches for any and all records responsive to Plaintiff's FOIA request and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA request; (2) order Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's FOIA request and *Vaughn* indices of any responsive records withheld under claim of exemption; (3) enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA request; (4) grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated: December 1, 2025

Respectfully submitted,

*/s/ Kathryn Blankenberg*
Kathryn Blankenberg
D.C. Bar No. 1781777
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel: (202) 646-5172
Email: kblankenberg@judicialwatch.org

*Counsel for Plaintiff*